```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

ANGELA PRESLEY                                        PETITIONER

VS.                                  CIVIL ACTION NO. 5:14-cv-40(DCB)
                                     CRIMINAL NO. 5:12-cr-2(DCB)(FKB)

CHARLES E. SAMUELS, JR., Director,
Federal Bureau of Prisons; and
GREG DAVIS, United States Attorney
for the Southern District of Mississippi            RESPONDENTS

ORDER

This cause is before the Court sua sponte, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required.

Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct her sentence in criminal action no. 3:11-cr-87(DCB), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 13th day of August, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE